UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2021
```

RAYMOND SWAINSON,

                Plaintiff,

v.

MOHELA, TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,

                Defendants.

21-CV-5378 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of a scheduling conflict, the initial pre-trial conference scheduled for August 13, 2021 is hereby re-scheduled to August 16, 2021 at 2:00 p.m.

The parties shall use the dial-in information provided below to call into the conference:

Call-in Number: (888) 363-4749
Access Code: 1015508

This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated:    August 4, 2021
           New York, New York

_____
RONNIE ABRAMS
United States District Judge