```
┌─────────────────────────────┐
│ USDC-SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC#:                       │
│ DATE FILED:  8/16/2021      │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND SWAINSON,

                 Plaintiff,

      v.

MOHELA, TRANSUNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC,

             Defendants.

---

No.  21-CV-5378 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

Plaintiff Raymond Swainson, proceeding *pro se*, initiated this action in the Civil Court of the County of New York, alleging damage to his credit caused by "erroneous and inaccurate reporting of accounts."  *See* Dkt. 1-1 at 2.  On June 17, 2021, Defendant Experian Information Solutions, Inc. ("Experian") removed the action to this Court on the ground that the alleged claims arise under a federal statute, the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.

On June 28, 2021, the Court ordered the parties to appear for an initial status conference on August 13, 2021, Dkt 4, which was subsequently adjourned until August 16, 2021, Dkt. 8.   Mr. Swainson did not call into that telephone conference, nor did the other defendants.  Accordingly, the Court hereby schedules another telephone conference for September 17, 2021 at 12:30 p.m.  The parties shall use the dial-in information provided below to call into the conference:  Call-in Number: (888) 363- 4749; Access Code: 1015508.  This conference line is open to the public.

If Mr. Swainson is proceeding *pro se* (without an attorney), he is required to appear personally at this conference.  If Mr. Swainson has retained an attorney, he or she should attend the conference in Mr. Swainson's place, although Mr. Swainson is also welcome to attend.

The purpose of the conference is to discuss the discovery schedule, any possible motions the parties may wish to make, and settlement.  Each party may submit a letter no longer than two (2)

pages by September 10, 2021 addressing discovery it may need and any specific issues it intends to raise at the conference.

If any party cannot attend the conference at the time and date specified above, it must promptly request a change in writing. The request must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Unless all parties are notified that the conference date has been changed, it will be held as scheduled.

A copy of the Court's Special Rules & Practices in Civil Pro Se Cases is enclosed. Attorneys and unrepresented parties are directed to consult these rules with respect to communications with Chambers and other matters. Should Plaintiff need assistance, he may wish to consult the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/ or by calling (212) 659-6190. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

Experian shall serve a copy of this Order on Plaintiff and promptly file proof of service on the docket. No later than one week after receiving this Order, Plaintiff shall submit a letter advising the Court as to the status of service of the remaining defendants.


SO ORDERED.

Dated:    August 16, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge