USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND SWAINSON,

                Plaintiff,

    v.

MOHELA, TRANSUNION LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., and EQUIFAX INFORMATION
SERVICES LLC,

                Defendants.

No. 21-CV-5378 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 16, 2021, Plaintiff filed an affidavit of service stating that Defendant TransUnion LLC was served on August 23, 2021. TransUnion's answer was due on September 13, 2021. TransUnion has not appeared, answered, or otherwise responded to the Complaint. TransUnion shall do so or seek an extension by November 5, 2021. If TransUnion fails to do so, and Plaintiff intends to move for default judgment, he shall do so by November 19, 2021.

    Plaintiff shall serve a copy of this Order on TransUnion by October 22, 2021 and promptly file proof of such service on the docket. The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff's address.

SO ORDERED.

Dated:    October 8, 2021
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge