USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND SWAINSON,

                Plaintiff,

      v.

MOHELA, TRANSUNION, LLC, EXPERIAN,
AND EQUIFAX INFORMATION SERVICE, LLC,

                Defendants.

No. 21-CV-5378 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      During the telephonic status conference held in this case on September 17, 2021, the Court directed Defendants to submit a joint letter by the end of September advising the Court as to whether the parties consented to proceeding with a settlement conference. Defendant TransUnion was not present during that call, as it had not yet appeared in the case. Both Defendant Mohela and Plaintiff have since submitted letters stating that they consent to a settlement conference. Dkts. 25, 33. TransUnion has not so advised the Court; instead, it has filed a motion to dismiss Plaintiff's Complaint. Dkt. 35. No later than November 9, 2021, TransUnion shall advise the Court as to whether it consents to a settlement conference with Plaintiff and Defendant Mohela, either before Magistrate Judge Cave or with a mediator from the Court's mediation program.

SO ORDERED.

Dated:    November 2, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge