

4545 Northwestern Drive | Zionsville, IN 46077
OFFICE 317.363.2400 | FAX 317.363.2257 | schuckitLAW.com

November 4, 2021

**VIA ECF ONLY**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Rm. 1506
New York, New York 10007

    **RE:**    *Raymond Swainson v. Trans Union, LLC, et al.*
             U.S. District Court, Southern District of New York
             Case No. 21-cv-05378-RA

Dear Honorable Judge Abrams:

Pursuant to the Court's Order on November 2, 2021, defendant Trans Union hereby submits its letter regarding consent to proceed with a settlement conference.

While Trans Union is generally open to resolution of matters with a settlement conference, in this case, for the reasons detailed in Trans Union's Motion to Dismiss, Trans Union does not believe that a settlement conference would be beneficial at this stage. As such, Trans Union requests the Court delay any settlement conference until the resolution of its Motion to Dismiss.

                                        Respectfully,

                                        SCHUCKIT & ASSOCIATES, P.C.

                                        Daniel Rothenberg

DFR/
Enclosures
    cc:    Raymond E. Swainson, Pro Se Plaintiff (via ECF and first class mail)
             Brigitte Rose, Counsel for Defendant MOHELA (via ECF)

Plaintiff shall file his opposition to Trans Union's motion to dismiss by December 3, 2021. Trans Union shall file its reply by December 17, 2021. By November 29, 2021, Trans Union shall also submit the (1) joint letter and (2) proposed case management plan and scheduling order described in the Court's Order of June 28, 2021. Dkt. 4. Plaintiff may submit a letter of his own if he so wishes by November 29. By separate Order, this matter has been referred to Magistrate Judge Cave for settlement discussions between Plaintiff and Mohela. The Clerk of Court is respectfully directed to mail a copy of this Order and the Court's Order of June 28 (Dkt. 4) to Plaintiff. SO ORDERED.

                                          _____
                                          Hon. Ronnie Abrams
                                          November 8, 2021