```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

               Plaintiff,

        v.

MOHELA, TRANSUNION, LLC, EXPERIAN,
AND EQUIFAX INFORMATION SERVICE, LLC,

               Defendants.

No. 21-CV-5378 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that a settlement in principle has been reached between Plaintiff and Defendant Mohela. By no later than December 30, 2021, Plaintiff and Mohela shall file a stipulation of dismissal or otherwise update the Court on the status of settlement. If Plaintiff and Mohela seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court by no later than December 30. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   November 30, 2021
            New York, New York

                                               Ronnie Abrams
                                               United States District Judge