USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND SWAINSON,

                Plaintiff,

v.

MOHELA, TRANSUNION, LLC, EXPERIAN,
AND EQUIFAX INFORMATION SERVICE, LLC,

                Defendants.

No. 21-CV-5378 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 2, 2021, the Court received a letter from pro se Plaintiff "asking the court to dismiss the remaining defendant [*i.e.*, TransUnion, LLC] without prejudice." The Court endorsed that letter on December 3, 2021, stating that if "Plaintiff seeks to dismiss his claims against Defendant TransUnion, LLC, he may do so by filing jointly with Defendant a stipulation of voluntary dismissal," and attaching a blank copy of the voluntary dismissal form to its endorsement.

    Since then, the Court has not received a stipulation of dismissal. By no later than January 24, 2022, Plaintiff and TransUnion shall either file a stipulation of dismissal or otherwise update the Court as to the status of Plaintiff's claims against TransUnion. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    January 3, 2022
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge